1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  VICTORIA L. BOESCH (SBN 228561)
   Victoria.Boesch@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:      (415) 512-4077

6
   Attorneys for Defendant
7  99 CENTS ONLY STORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IRENE BORROMEO, | CASE NO.  2:11-cv-00149-MCE-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | Judge:      Hon. Morrison C. England, Jr. |
| 99 CENTS ONLY STORES, | |
| Defendant. | |

13575801.1

STIP AND [PROPOSED] ORDER TO
EXTEND COMPLAINT-RESPONSE TIME
2:11-CV-00149 -MCE-KJN

1  In accordance with Eastern District of California Local Rule 144(a), the parties
2  hereby agree to and seek court approval of an extension of time for Defendant 99 Cents Only
3  Stores to respond to Plaintiff Irene Borromeo's Complaint in this action.  The requested extension
4  follows an initial 28-day extension agreed upon by the parties.  This further extension will allow
5  the parties to meet and confer about potentially staying this action pending arbitration.  The
6  parties believe that it may conserve judicial resources to meet and confer in this manner,
7  potentially avoiding unnecessary motion practice.  In the event that the parties are unable to
8  resolve this issue through meeting and conferring, they agree that Defendant 99 Cents Only
9  Stores may respond to the Complaint by filing a motion to compel arbitration by April 29, 2011,
10 with any further response to the Complaint deferred until that motion is resolved.

12 DATED: March 31, 2011                           Munger, Tolles & Olson LLP
                                                  MALCOLM A. HEINICKE
13                                                VICTORIA L. BOESCH

15                                                By:   s/ *Victoria L. Boesch*
                                                        VICTORIA L. BOESCH
16
                                                  Attorneys for Defendant
17                                                99 CENTS ONLY STORES

19 DATED: March 31, 2011                           Legal Aid Society Employment Law Center
                                                  ELIZABETH KRISTEN
20                                                TAMIKA LA KUE BUTLER

22                                                By: s/ *Elizabeth Kristen* (authorized 3/31/11)
                                                      ELIZABETH KRISTEN
23
                                                  Attorneys for Plaintiff
24                                                IRENE BORROMEO

13575801.1                        - 1 -             STIP AND [PROPOSED] ORDER TO
                                                    EXTEND COMPLAINT-RESPONSE TIME
                                                    2:11-CV-00149 -MCE-KJN

1  In accordance with the foregoing stipulation, the Court orders that Defendant 99
2  Cents Only Stores may respond to Plaintiff Irene Borromeo's Complaint by filing a motion to
3  compel arbitration by April 29, 2011, with any further response to the Complaint deferred until
4  that motion is resolved.

5  IT IS SO ORDERED.

6
7  Dated: April 6, 2011

8  _____
9  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28