MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
VICTORIA L. BOESCH (SBN 228561)
Victoria.Boesch@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
99 CENTS ONLY STORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE BORROMEO,<br><br>              Plaintiff,<br><br>      vs.<br><br>99 CENTS ONLY STORES,<br><br>              Defendant. | CASE NO.  2:11-cv-00149-MCE-KJN<br><br>STIPULATION AND ORDER STAYING CASE PENDING ARBITRATION<br><br>Judge:      Hon. Morrison C. England, Jr. |

WHEREAS, this suit was filed by Plaintiff Irene Borromeo on January 14, 2011;

WHEREAS, Defendant 99 Cents Only Stores has asserted that the dispute is subject to binding arbitration under the terms of an agreement attached as Exhibit A to this stipulation;

WHEREAS, Plaintiff and her counsel have agreed that the case should be stayed for arbitration to proceed if the dispute cannot be resolved through mediation;

WHEREAS, the parties have agreed to participate in a private mediation;

IT IS HEREBY STIPULATED that the parties and their counsel jointly request that this case be stayed pending arbitration proceedings to be held if the dispute is not resolved through mediation. If the parties resolve the case through private mediation, they will file a dismissal with prejudice with this Court. Absent the filing of such a dismissal with prejudice, the parties will proceed in arbitration pursuant to the agreement and report back to the Court when the arbitration is complete.

DATED: April 12, 2011

Munger, Tolles & Olson LLP
MALCOLM A. HEINICKE
VICTORIA L. BOESCH


By: s/ *Victoria L. Boesch*
VICTORIA L. BOESCH

Attorneys for Defendant
99 CENTS ONLY STORES

DATED: April 12, 2011

Legal Aid Society Employment Law Center
ELIZABETH KRISTEN
TAMIKA LA KUE BUTLER


By: s/ *Elizabeth Kristen (authorized 4/12/11)*
ELIZABETH KRISTEN

Attorneys for Plaintiff
IRENE BORROMEO

13698104.1 - 1 - STIP AND [PROPOSED] ORDER STAYING CASE PENDING ARBITRATION
2:11-CV-00149 -MCE-KJN

1   In accordance with the foregoing stipulation, the Court orders this case stayed
2 pending an arbitration to be held if the dispute is not resolved through mediation.  If the parties
3 resolve the case through private mediation, they shall file a dismissal with prejudice with this
4 Court.  Absent the filing of such a dismissal with prejudice, the parties shall proceed in arbitration
5 pursuant to the attached agreement and report back to the Court when the arbitration is complete.
6   The parties shall file a Joint Status report on the status of the case not later than
7 ninety (90) days after the date this Order is electronically filed.
8    IT IS SO ORDERED.

Date: April 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

13698104.1                          - 2 -                   STIP AND [PROPOSED] ORDER STAYING
                                                            CASE PENDING ARBITRATION
                                                            2:11-CV-00149 -MCE-KJN